UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS SANTORSOLA,

    Plaintiff,

v.

MICHAEL MANUSOS,

    Defendant.

No. C16-29RSL

ORDER DENYING PLAINTIFF'S MOTIONS TO DISQUALIFY COUNSEL AND TO STRIKE NOTICE OF APPEARANCE

This matter comes before the Court on plaintiff's "Motion to Disqualify Counsel," Dkt. # 33, and "Motion to Strike Notice of Appearance," Dkt. # 35. In both motions, plaintiff asks the Court to disqualify defendant's counsel, Thomas George Crowell, on the grounds that Mr. Crowell is employed by State Farm Mutual Automobile Insurance Company ("State Farm") and both plaintiff and defendant are insured by State Farm. (State Farm engaged Mr. Crowell to represent defendant in this action pursuant to defendant's insurance policy. Dkt. # 38, ¶ 1.) Plaintiff claims that this constitutes a "concurrent conflict of interest" in violation of the American Bar Association Model Rules of Professional Conduct and Washington Rule of Professional Conduct 1.7.

Those ethics rules do not apply to these circumstances. Neither Mr. Crowell nor any other member of State Farm's legal office represents or has ever represented plaintiff. Dkt. # 38, ¶ 2. Plaintiff cites no legal authority for the proposition that his insurer may not provide a legal

ORDER DENYING PLAINTIFF'S MOTIONS
TO DISQUALIFY AND TO STRIKE - 1

defense to another insured pursuant to the terms of that insured's policy, and the Court is aware of none. Though plaintiff highlights defendant's informed consent pursuant to RPC 1.8(f)(1), that ethics rule applies where a third party – such as an insurance company – pays for a party's legal expenses. The rule does not establish a concurrent conflict of interest involving the other party to the lawsuit.

For all the foregoing reasons, plaintiff's motions to disqualify and to strike (Dkt. ## 33, 35) are DENIED.

SO ORDERED this 8th day of June, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTIONS
TO DISQUALIFY AND TO STRIKE - 2